**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 08-7103**

---

UNITED STATES OF AMERICA,

　　　　　Plaintiff - Appellee,

　　v.

PHUC LUC,

　　　　　Defendant - Appellant.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Leonie M. Brinkema, District Judge. (1:05-cr-00275-LMB-1)

---

Submitted: August 21, 2008　　　　Decided: August 27, 2008

---

Before WILLIAMS, Chief Judge, and KING and DUNCAN, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Phuc Luc, Appellant Pro Se. Kelli Hamby Ferry, Assistant United States Attorney, Alexandria, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Phuc Luc appeals the district court's order denying his motion to reduce his sentence pursuant to 18 U.S.C. § 3582(c)(2) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Luc, No. 1:05-cr-00275-LMB-1 (E.D. Va. June 6, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2